# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 13-6397 |
| SHAWANDA NEVERS, a/k/a ) | |
| SHAWANDA BRYANT, a/k/a ) | Section E (Morgan) |
| SHAWANDA HAWKINS, a/k/a ) | |
| SHAWANDA JOHNSON, ) | MAG. (5) (North) |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ENTERING PERMANENT INJUNCTION

This Order of Permanent Injunction is entered against Shawanda Nevers, a/k/a Shawanda Bryant, a/k/a Shawanda Hawkins, a/k/a Shawanda Johnson, individually and as a member of 3LJ's Industrial Service Solutions, LLC (collectively herein "Defendant"), and

**IT IS HEREBY ORDERED:**

A. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

B. Defendant is prohibited from directly or indirectly:

   1. Acting as a federal tax return preparer, or requesting, assisting, or directing the preparation or filing of federal tax returns, amended returns, or other related documents, forms, or schedules for any person or entity other than herself;

   2. Engaging in any other activity subject to penalty under 26 U.S.C. §§ 6694, 6695 or 6701;

3. Engaging in conduct that substantially interferes with the proper administration and enforcement of the tax laws; and,

4. Holding any ownership interest in any business entity that prepares or assists in preparing federal tax returns, amended returns, and other related documents, schedules or forms for others.

C. Defendant is further **ORDERED** to:

1. Remit to counsel for the United States a list with the name, social security number (or other taxpayer identification number), address, telephone number, mobile phone number and e-mail address (if available), of all customers for whom she prepared or assisted in preparing tax returns after January 1, 2009;

2. Turn over to the United States all tax returns and claims for refund that Defendant prepared or assisted in preparing after January 1, 2009;

3. Publish in *L'Observateur* newspaper at her own expense a copy of the permanent injunction terms listed in paragraph B, above, and identifying Defendant as the individual the injunction pertains to;

4. Provide a copy of this Order of Permanent Injunction to all of her and 3LJ's Industrial Service Solutions, LLC's principals, members, officers, managers, employees, workers, or independent contractors within fifteen (15) days of the Court's Order of Permanent Injunction, and provide to counsel for the United States within thirty (30) days a signed and dated acknowledgment or receipt of the Court's Order of Permanent Injunction for each person to whom she provided a copy of the Court's Order of Permanent Injunction;

5. File a sworn statement with the Court evidencing her compliance with the foregoing directives within forty-five (45) days of entry of the final injunction in this action;

6. Keep records of her compliance with the foregoing directives, which may be produced to the Court or to the United States if requested; and,

7. Consent, without further proceeding, to immediate revocation of any Preparer Tax Identification Number (PTIN), pursuant to 26 U.S.C. § 6109, and Electronic Filing Identification Number (EFIN) held by, assigned to, or used by Defendant, if applicable.

D. The United States and/or the Internal Revenue Service are permitted to monitor Defendant's compliance with this injunction, and the United States may engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure to ensure such compliance; and,

11637514.1

E. The Court shall retain jurisdiction over Defendant and over this action to implement and enforce this Order of Permanent Injunction.

F. This Order of Permanent Injunction resolves only this civil injunction action against Defendant, and neither precludes the government from pursuing any other civil or criminal matters or proceedings, nor precludes Defendant from contesting her liability or guilt in any other matter or proceeding.  This Order of Permanent Injunction does not preclude the Internal Revenue Service from assessing penalties against Defendant for asserted violations of the Internal Revenue Code, nor does it preclude Defendant from contesting such penalties.  This Order of Permanent Injunction does not constitute an admission by Defendant of any of the allegations set forth in the United States' complaint.

**SO ORDERED.**

Date: 9/17/14

_____
HON. SUSIE MORGAN
UNITED STATES DISTRICT JUDGE